# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-2302

———————————————

United States of America

*Plaintiff - Appellee*

v.

Andrew Kenneth Woock-Shelton

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: March 4, 2026
Filed: March 11, 2026
[Unpublished]

——————————

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Andrew Woock-Shelton appeals the sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm. His counsel has moved for

———————————————

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing the district court erred in applying a cross-reference to the Guidelines provision for attempted murder.

Having reviewed the record, we conclude the district court did not err in calculating the Guidelines range using the cross-reference. *See United States v. Tunley*, 664 F.3d 1260, 1261-62 (8th Cir. 2012) (standard of review); *see also United States v. Conley*, No. 21-2094, 2022 WL 2979771, at *1-3 (8th Cir. July 28, 2022) (unpublished per curiam) (affirming application of cross-reference to Guidelines provision for attempted second-degree murder; noting case law showing that shooting at group of people demonstrates specific intent to kill). Further, we have reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____